## AFFIDAVIT

I, Joseph Love, having been duly sworn, do hereby depose and state the following:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since April 2003. As part of my official duties, I am assigned to investigate cases involving those who are alleged to have falsely or fraudulently submitted applications for United States passports.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, Lawrence Police Department, Haverhill Police Department, the Registry of Motor Vehicles, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant charging Danny SANTANA-GARRIDO, a/k/a Ismael SANTOS-BONES, with making false statements in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On August 18, 2003, a male using the name of Ismael SANTOS-BONES submitted an application ("DS-11") for a US passport at the US post office located in Lawrence, MA. In submitting his application, the male listed his date of birth as July 5, 1979, his place of birth as Guayama, Puerto Rico, and his Social Security number as 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. A copy of the SANTOS-BONES passport application is appended hereto as Exhibit A. In support of the SANTOS-BONES application, the male provided a birth certificate from Puerto Rico in the name of Ismael SANTOS-BONES, which listed his date and place of birth as July 5, 1979, Guayama, Puerto Rico. The male also

submitted a Massachusetts driver's license, #S40146052. The male signed the SANTOS-BONES application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the male submitted two photographs of himself. One of the photographs was attached to the SANTOS-BONES application at the time of its submission. In reviewing the SANTOS-BONES application, a passport acceptance clerk noted various fraud indicators. As a result, the application was turned over to law enforcement for further investigation.

4. On October 6, 2004, I ran a criminal records check for the name Ismael SANTOS-BONES with a date and place of birth of 07/05/1979, Guayama, Puerto Rico, and Social Security number 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. The check revealed that on September 26, 2004, the Lawrence Police Department arrested an Ismael SANTOS-BONES for assault and battery. The record also revealed that on February 6, 2004, the same Ismael SANTOS-BONES was arrested by the Haverhill Police Department for larceny by check. I then requested and received copies of the booking photographs from the Haverhill and Lawrence Police Departments. The two photographs appear to be the same individual. In addition, I compared the booking photographs to the photograph on the SANTOS-BONES passport application. In my opinion, the photographs appear to be of the same person.

5. On October 6, 2004, I contacted Massachusetts Registry of Motor Vehicles and requested a copy of the license (#S40146052) submitted in support of the Ismael SANTOS-BONES passport application. I then compared the driver's license photo to

the passport application in the name of Ismael SANTOS-BONES. In my opinion, the photographs appear to be of the same person.

6. On November 21, 2004, the Lawrence Police Department notified me that they had arrested the same Ismael SANTOS-BONES on an outstanding warrant for assault and battery. I, along with Special Agent Edgar Vasquez, proceeded to the Lawrence Police Department where we met with Ismael SANTOS-BONES. The male was asked if he was willing to talk and he agreed to do so. Agent Vasquez, who is fluent in Spanish, advised the male of his Miranda rights in Spanish. The male signed the Miranda Rights Waiver Form in the presence of both agents and provided a written statement in Spanish. The male admitted that his name is not Ismael SANTOS-BONES. He stated that his true name is Danny GARRIDO-SANTANA. He stated that he was born in La Romana, Dominican Republic and that his date of birth is December 19, 1979. GARRIDO-SANTANA admitted that he used another individual's identification in filing the SANTOS-BONES passport application. GARRIDO-SANTANA stated that he paid a male acquaintance named "Ramon" $1,500 for the Ismael SANTOS-BONES identification documents.

7. In January of 2005, I was able to locate the real Ismael SANTOS-BONES, who resides in Santa Isabel, Puerto Rico. On January 10, 2005, with the assistance of Spanish-speaking Postal Inspector Ruth Mendonca, I contacted the real Ismael SANTOS-BONES via telephone. During a telephone interview with Inspector Mendonca, Ismael SANTOS-BONES stated that his date of birth is July 5, 1979, and his Social Security number is 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. Ismael SANTOS-BONES stated that he lost his wallet about six months ago, which contained his Puerto Rican identification.

Ismael SANTOS-BONES further stated that he has never been to Massachusetts, he does not have any relatives in Massachusetts, and he has never authorized anyone in Massachusetts to use his identification.

8. At my request, Ismael SANTOS-BONES forwarded a picture identification of himself to me. I have enclosed a photocopy of the electoral identification card provided to me via mail by the real Ismael SANTOS-BONES.

9. Based on the foregoing, I have probable cause to believe that Danny GARRIDO-SANTANA, a/k/a Ismael SANTOS-BONES, did willfully and knowingly make false a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, in violation of Title 18, United States Code, Section 1542.

I declare under the penalties of perjury that the foregoing is true and correct.

_____
JOSEPH LOVE
Special Agent
United States Department of State
Diplomatic Security Service

Subscribed and sworn to before me this first day of February, 2005.

_____
Judith Gail Dein
US Magistrate Judge

# U.S. Department of State

**APPLICATION FOR** ☒ U.S. PASSPORT ☐ REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME** (First and Middle): ISMAEL
**LAST**: SANTOS-BONES (SANTOS)

**2. MAIL PASSPORT TO:** STREET / RFD # OR P.O. BOX: 20 DANBURY DR
**APT. #**: 1
**CITY**: METHUEN
**STATE**: MA
**ZIP CODE**: 01844
**COUNTRY / IN CARE OF**: USA / PR

Barcode: 104215444

☐ 5 Yr. ☒ 10 Yr. Issue Date ___

**3. SEX**: ☒ M ☐ F
**4. PLACE OF BIRTH**: Puerto Rico, Guayama
**5. DATE OF BIRTH**: 07/05/79
**6. SOCIAL SECURITY NUMBER**: 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
**7. HEIGHT**: 6' 00"
**8. HAIR COLOR**: MARON
**9. EYE COLOR**: VERDE
**10. HOME TELEPHONE**: 978-725-4735
**11. BUSINESS TELEPHONE**: 978-691-5813
**12. OCCUPATION**: CONTRUCION

**13. PERMANENT ADDRESS**: 20 DANBURY DR, METHUEN, MA, 01844

**14. FATHER'S FULL NAME**: SANTOS ISMAEL — **BIRTHPLACE**: PR — **BIRTHDATE**: 3/8/54 — **U.S. CITIZEN**: ☒ Yes
**15. MOTHER'S FULL MAIDEN NAME**: BONES LUISA CRISTINA — **BIRTHPLACE**: PR — **BIRTHDATE**: 9/12/50 — **U.S. CITIZEN**: ☒ Yes

**16. HAVE YOU EVER BEEN MARRIED?** ☒ No
**17. OTHER NAMES YOU HAVE USED**: (1) BONES

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☒ No

**20. TRAVEL PLANS**: Date of Trip: 09/19/2003

**Applicant's Signature**: Ismael Santos B

**22. FOR ACCEPTANCE AGENT'S USE**: Subscribed and sworn to (affirmed) before me — 08/19/2003 — (SEAL AUG 18 2003) — ☒ Postal Employee — LAWRENCE MA

**23a. Applicant's or Father's Identifying Documents**: ☒ Driver's License
Expiration Date: 07/05/2007 — Place of Issue: MA
Name: ISMAEL SANTOS BONES — No: S40146052

**24. FOR ISSUING OFFICE USE ONLY**:
☒ Birth Certificate ☒ SR
Filed/Issued: 7/6/79 / 8/4/03
Passport Bearer's Name: Ismael Santos Bones
☒ Seen & Returned

**GOVERNMENT EXHIBIT A**

DS-11

