AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Danny Santana-Garrido
DOB 12/19/79

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1004-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Danny Santana-Garrido
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
false statement in a passport application

in violation of
Title     18     United States Code, Section(s)  1542

Judith G. Dein                              U.S. Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

[Signature]                                 2/1/05  Boston, MA
Signature of Issuing Officer                Date and Location

2005 FEB -2 P 4: 25
U.S. MARSHAL SERVICE
BOSTON, MA
RECEIVED

Bail fixed at $                     by
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY |
| Y ARREST/ARRAIGNMENT OF THE |
| DEFENDANT ON  2/3/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.