UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10064-NMG |
| v. | ) | |
| | ) | VIOLATION: |
| DANNY SANTANA-GARRIDO, | ) | 18 U.S.C. § 1542 - |
| A/K/A ISMAEL SANTOS-BONES | ) | False Statement in Passport |
| | ) | Application |

INDICTMENT

COUNT ONE: 18 U.S.C. § 1542 - False Statements in Passport Application

The United States Attorney charges that:

On or about August 18, 2003, at Lawrence, in the District of Massachusetts,

DANNY SANTANA-GARRIDO,
A/K/A ISMAEL SANTOS-BONES,

defendant herein, did willfully and knowingly make false statements in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

*/s/* 
FOREPERSON OF GRAND JURY

*/s/* 
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 16, 2005.

Returned into the District Court by the Grand Jurors and filed.

*/s/* 
Deputy Clerk 3/16/05
1:50pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**    **Category No.** II    **Investigating Agency** STATE DEPARTMENT

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X     New Defendant _____
Magistrate Judge Case Number  05-1004-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Danny Santana-Garrido    Juvenile  ☐ Yes  ☒ No

Alias Name  Ismael Santos-Bones, Luis Albelto Vazquez Matos

Address  _____

Birth date: 1979   SS#: _____   Sex: M   Race: Hispanic   Nationality: Dominican

Defense Counsel if known:  William Keefe    Address: 390 Centre Street
                                                             Jamaica Plain 02130

Bar Number: _____

**U.S. Attorney Information:**

AUSA  William H. Connolly    Bar Number if applicable  634501

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  Pretrial Detainne  in  Plymouth
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/16/05    Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy

Name of Defendant    Danny Santana-Garrido

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1542 | False Statement in Passport Application | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**District Court Case Number**  (To be filled in by deputy    _____

**Name of Defendant**    <u>Danny Santana-Garrido</u>

JS 45.wpd - 3/13/02