# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                             DOCKET NO: 05-10064-NMG

DANNY SANTANA-GARRIDO

## MOTION TO WAIVE PRE-SENTENCE REPORT

Now comes the undersigned counsel of record, and respectfully requests that the Court waive the pre-sentence report in this case and conduct a sentencing hearing at the time of the defendant's Rule 11 hearing. As grounds therefore, the undersigned states that the defendant is at, or very close to the functional equivalent of a time-served sentence, and it is in the interest of justice to conduct a speedy sentencing hearing. The undersigned respectfully provides the Court with a statement of the defendant's personal history attached hereto, as an aid in sentencing should this motion be allowed.

Respectfully submitted,
**DANNY SANTANA GARRIDO,**
By his lawyer,

4/20/5
Date

**WILLIAM KEEFE**
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617)983-0733