UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                              DOCKET NO: 05-10064-NMG

DANNY SANTANA-GARRIDO

## DEFENDANT'S STATEMENT OF PERSONAL HISTORY

Now comes the undersigned on behalf of Mr. Santana–Garrido, and respectfully provides the following information concerning Mr. Santana Garrido's personal history and background. The undersigned notes that this information was obtained as a result of an attorney-client interview at the Plymouth County Jail. The following information has not been confirmed.

**Personal and Family Date**

Danny Santana-Garrido reports that he was born on December 19, 1979 in La Romana, Dominican Republic. He is the son of Eduardo Garrido, (deceased), and Sonovia Santana, age 46 (presently residing in La Romana, Dominican Republic). Mr. Santana-Garrido reports that he has four siblings: Ramon (age 32), Chryella (age 29), Jose (age 27), and Sandra (age 29). Mr. Santana-Garrido reports that his brother Juan-Jose at age 34, died in 2003.

Mr. Santana-Garrido attended Dominican schools through Grade 12 (twelve). He states that immigrated to the United States in 1996, when he moved to Puerto Rico and lived in Bayamon until 2001. Mr. Santana-Garrido reports that at an early age he was

involved in a relationship with Marlen Rodrguez. The two are the parents of Danya Santana, age 9, who continues to reside with her mother Ms. Rodriguez in La Romana, Dominican Republic. Mr. Santana-Garrido states that he has provided financial support throughout the years after moving to the United States.

Mr. Santana-Garrido indicates that he was employed at a furniture factory for five years while living in Puerto Rico. He indicates also that while living in Puerto Rico, he lived with Ms. Rosemary Pena. They are the parents of Dasmary Santana-Garrido, age 5, for whom he has also provided support over the years.

In 2001, Mr. Santana-Garrido moved to Lawrence, Massachusetts. Here has worked numerous construction and contracting jobs. He has lived at 4 different addresses in Lawrence since moving to Massachusetts.

**Conclusion**

The undersigned respectfully submits the above referenced information, as an aid to the Court for his sentencing hearing should the Court allow the defendant's Motion to Waive Pre-Sentence Report.

Respectfully submitted,
DANNY SANTANA GARRIDO,
By his lawyer,

4/20/5
Date

WILLIAM KEEFE
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone: (617) 983-9200
Facsimile: (617)983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the enclosed Motion to Waive Pre-Sentence Report was sent to William Connolly, Assistant United States Attorney, at the Office of the U.S. Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on April 20, 2005, by hand delivery.

_____
William Keefe